IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                MEMORANDUM

        Plaintiff,

                                                09-cv-547-bbc
                                               06-cr-141-jcs

    v.

WALTER R. BURNLEY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Walter R. Burnley's motion for post conviction relief under 28 U.S.C. § 2255 is being briefed. Now defendant has filed a motion for an evidentiary hearing. I will reserve ruling on this motion until I have reviewed the written materials filed by the parties under the September 22, 2009 briefing schedule.

       Entered this 6th day of October, 2009.

                                        BY THE COURT:

                                       /s/

                                       _____
                                       BARBARA B. CRABB
                                       District Judge